# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE PARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-405-M |
| | ) |
| COMMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On December 11, 2017, United Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought by the Plaintiff for judicial review that she was not disabled under the terms of the Social Security Act. The Magistrate Judge recommended that the decision of the Commissioner be affirmed.

Plaintiff was advised of her right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [Docket no. 26] issued by the Magistrate Judge on December 11, 2017; and

(2) AFFIRMS the Commissioner's decision.

**IT IS SO ORDERED this 12th day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE